# ALABAMA COURT OF CRIMINAL APPEALS



January 31, 2025

**CR-2024-0163**
Reginald Burrell v. Alabama Department of Corrections (Appeal from Mobile
Circuit Court:  CC-18-688)

## <u>NOTICE</u>

You are hereby notified that on January 31, 2025, the following action was
taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk